

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00792-CV

**IN THE INTEREST OF A.A., N.A., A.A., AND A.A., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15960
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

On March 1, 2018, the court reporter filed a Notification of late Record stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

On March 6, 2018, we ordered appellant to provide written proof to this court no later than March 16, 2018 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Appellant did not respond to our order. Accordingly, we ORDER appellant's brief to be filed no later than thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court